UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 12 B 27482 |
| | CHAPTER 13 |
| LUDIVINA PAVEY | |
| | JUDGE JACK B SCHMETTERER |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** HSBC BANK USA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 9 | 18 | XXXXXX6171 | $5,154.16 | $5,504.16 | $5,504.16 |
| Total Amount Paid by Trustee | | | | | $5,504.16 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-27482-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 11th day of April, 2017.

Debtor:
LUDIVINA PAVEY
3937 N RIDGEWAY
CHICAGO, IL  60618

Attorney:
FONFRIAS LAW GROUP LLC
70 W MADISON ST #1400
CHICAGO, IL  60602
via Clerk's ECF noticing procedures

Creditor:
HSBC BANK USA
% SPECIALIZED LOAN SERVICING LLC
PO BOX 636007
LITTLETON, CO  80163

Mortgage Creditor:
CENTRAL MORTGAGE COMPANY
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Mortgage Creditor:
AMERICAS SERVICING CO
3476 STATEVIEW BVD
FORT MILL, SC  29715

Mortgage Creditor:
HSBC BANK USA NA
% ANSELMO LINDBERG OLIVER LLC
1771 W DIEHL RD #120
NAPERVILLE, IL  60563

Creditor:
HSBC BANK USA NA
% SPECIALIZED LOAN SERVICES
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO  80129

ELECTRONIC SERVICE - United States Trustee


Date:  April 11, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603